

**COM.**

v.

**WATSON, C.**

**3081 EDA 2016**

Superior Court of Pennsylvania.

08/29/2017

CP–51–CR–0004189–2015 (Philadelphia)

Affirmed

**COM.**

v.

**SIMMONS, N.**

**3836 EDA 2016**

Superior Court of Pennsylvania.

08/29/2017

CP–39–CR0001338–2008 (Lehigh)

Vacated/Remanded

**IN the INTEREST OF:**
**K.C.H., a Minor**

**3796 EDA 2016**

Superior Court of Pennsylvania.

08/29/2017

CP–51–AP–0001066
CP–51–DP–0002641–2015
(Philadelphia)

Affirmed

**IN the INTEREST OF:**
**S.N.V.B., a Minor**

**366 EDA 2017**

Superior Court of Pennsylvania.

08/29/2017

CP–51–AP–0000636–2016
CP–51–DP–0000826–2015
(Philadelphia)

Affirmed

